## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|                          |     |                                          |
|--------------------------|-----|------------------------------------------|
| In re:                   | :   |                                          |
|                          | :   |                                          |
| Joseph W. Adamick        | :   | Case No.: 14-02352                       |
| Judith A. Adamick        | :   | Chapter 13                               |
|                          | :   | Judge John J. Thomas                     |
| Debtor(s).               | :   | * * * * * * * * * * * * * * * * * * * *   |
|                          | :   |                                          |
|                          | :   |                                          |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Nationstar Mortgage LLC, its

successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in

this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

17-007832_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:                                          :
                                                :
**Joseph W. Adamick**           :         **Case No.: 14-02352**
**Judith A. Adamick**            :         **Chapter 13**
                                                :         **Judge John J. Thomas**
**Debtor(s).**                       :         * * * * * * * * * * * * * * * * * * * * * *
                                                :
                                                :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA
17036

David S. Gellert, Attorney for  Joseph W. Adamick and Judith A. Adamick, 3506 Perkiomen
Avenue, Reading, PA  19606, dsgrdg@ptdprolog.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 8, 2017:

Joseph W. Adamick and Judith A. Adamick, 2131 West Norwegian Street, Pottsville, PA
17901

Joseph W. Adamick and Judith A. Adamick, 50 Caroline Avenue, Pottsville, PA 17901


DATE:  _March 8, 2017_

                                                        /s/ Karina Velter
                                                        _____
                                                        Karina Velter, Esquire (94781)
                                                        Kimberly A. Bonner (89705)
                                                        Holly N. Wolf (322153)
                                                        Manley Deas Kochalski LLC
                                                        P.O. Box 165028
                                                        Columbus, OH  43216-5028
                                                        Telephone: 614-220-5611
                                                        Fax: 614-627-8181
                                                        Attorneys for Creditor



17-007832_PS

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-007832_PS