# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 14-02352** |
| **Joseph W. Adamick** | : | **Chapter 13** |
| **Judith A. Adamick** | : | **Judge John J. Thomas** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **Nationstar Mortgage LLC** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **July 18, 2017 at 09:30 a.m.** |
| | : | |
| **Joseph W. Adamick** | : | **274 Max Rosenn U.S. Courthouse** |
| **Judith A. Adamick** | : | **197 South Main Street, Courtroom #2** |
| | : | **Wilkes-Barre, PA, 18701** |
| **Charles J. DeHart III** | : | |
| Respondents. | | |

## CERTIFICATE OF NON-CONCURRENCE

I, Karina Velter, Esquire, attorney for Nationstar Mortgage LLC, do hereby certify that I did seek concurrence of Debtor's attorney, David S. Gellert and the Chapter 13 Trustee, and that concurrence was not reached.

        /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-007832_JHH