# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOSPEH W. ADAMICK                                    Case No.: 5-14-02352-RNO
JUDITH A. ADAMICK                                    Chapter 13
        Debtor(s)

---

NOTICE OF FINAL CURE PAYMENT

---

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

## PART 1:                         MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 5574 |
| Property Address if applicable: | 2131 WEST NORWEGIAN STREET, , POTTSVILLE, PA17901 |

## PART 2:                         CURE AMOUNT

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $906.88 |
| b. | Prepetition arrearages paid by the Trustee: | $906.88 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $906.88 |

## PART 3:                         POST PETITION MORTGAGE PAYMENT

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

## PART 4:                    A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  July 18, 2019                    Respectfully submitted,


                                         s/ Charles J. DeHart, III, Trustee
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA  17036
                                         Phone:  (717) 566-6097
                                         Fax:  (717) 566-8313
                                         eMail:  dehartstaff@pamd13trustee.com

Creditor Name: M & T BANK
Court Claim Number: 05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 0050 | 1121337 | 02/04/2015 | $599.40 | $0.00 | $599.40 |
| 0050 | 1124873 | 04/01/2015 | $307.48 | $0.00 | $307.48 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

JOSPEH W. ADAMICK                                    Case No.: 5-14-02352-RNO
JUDITH A. ADAMICK                                     Chapter 13
                    Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 18, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

DAVID S. GELLERT, ESQUIRE                       SERVED ELECTRONICALLY
3506 PERKIOMEN AVENUE
READING PA,  19606


M&T BANK                                                      SERVED BY 1ST CLASS MAIL
ATTN: BEV INGLASBE
1100 WEHRIE DRIVE
WILLIAMSVILLE, NY,  14221


JOSPEH W. ADAMICK                                   SERVED BY 1ST CLASS MAIL
JUDITH A. ADAMICK
2131 WEST NORWEGIAN STREET
POTTSVILLE, PA  17901


I certify under penalty of perjury that the foregoing is true and correct.


Date: July 18, 2019                                    s/   Donna Schott
                                                              Charles J. DeHart, III, Trustee
                                                              Standing Chapter 13 Trustee
                                                              Suite A, 8125 Adams Drive
                                                              Hummelstown, PA  17036
                                                              Phone:  (717) 566-6097
                                                              Fax:  (717) 566-8313
                                                              eMail:  dehartstaff@pamd13trustee.com