| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Joseph W Adamick |
| Debtor 2 (Spouse, if filing) | Judith A Adamick |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 5:14-bk-02352-RNO |

Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Lakeview Loan Servicing, LLC

**Court claim no. (if known):** 5

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX5574

**Property address:** 2131 W Norwegian Street
Pottsville, PA 17901

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: 08/01/2019

☐ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total post-petition payments due: (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding +(b) $ _____
c. **Total.** Add lines a and b (c) $ _____

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on: _____ MM/DD/YYYY

| | | |
|---|---|---|
| Debtor 1 | **Joseph W Adamick** | Case number 5:14-bk-02352-RNO |
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | | | |
|---|---|---|---|---|
| | ✗ /s/John D. Schlotter | | Date | 7/22/2019 |
| | Signature | | | |
| Print | John D. Schlotter | | Title | Authorized Agent for the Creditor |
| | First Name    Middle Name    Last Name | | | |
| Company | McCalla Raymer Leibert Pierce, LLC | | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| | | | |
|---|---|---|---|
| Address | 1544 Old Alabama Road | | |
| | Number          Street | | |
| | Roswell, GA 30076 | | |
| | City         State      Zip Code | | |
| Contact phone | 678-281-6453 | Email | John.Schlotter@mccalla.com |

| In Re: Joseph W Adamick | Bankruptcy Case No.: | 5:14-bk-02352-RNO |
| Judith A Adamick | Chapter: | 13 |
| | Judge: | |

## CERTIFICATE OF SERVICE

I, John D. Schlotter, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Joseph W Adamick
2131 West Norwegian Street
Pottsville, PA 17901

Judith A Adamick
2131 West Norwegian Street
Pottsville, PA 17901

David S. Gellert                              *(served via ECF Notification)*
David S Gellert PC
3506 Perkiomen Avenue
Reading, PA 19606

Charles J DeHart, III (Trustee)               *(served via ECF Notification)*
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee                         *(served via ECF Notification)*
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 7/22/2019         By:  */s/John D. Schlotter*
              (date)                John D. Schlotter,
                                  Authorized Agent for the Creditor