United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                              Case No. 14-02352-RNO
Joseph W Adamick                                                    Chapter 13
Judith A Adamick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRadginsk          Page 1 of 1          Date Rcvd: Sep 13, 2019
                             Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db/jdb       +Joseph W Adamick,    Judith A Adamick,    2131 West Norwegian Street,    Pottsville, PA 17901-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              David S. Gellert    on behalf of Debtor 1 Joseph W Adamick dsgrdg@ptdprolog.net
              David S. Gellert    on behalf of Debtor 2 Judith A Adamick dsgrdg@ptdprolog.net
              James Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joseph Angelo Dessoye   on behalf of Creditor   Nationstar Mortgage, LLC pamb@fedphe.com
              Joseph P Schalk   on behalf of Creditor   Nationstar Mortgage, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina Velter   on behalf of Creditor   Nationstar Mortgage, LLC amps@manleydeas.com
              Kimberly A Bonner   on behalf of Creditor   Nationstar Mortgage, LLC kab@jsdc.com,   jnr@jsdc.com
              Matthew Gregory Brushwood   on behalf of Creditor   Nationstar Mortgage, LLC pamb@fedphe.com
              Michael J Clark   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Thomas I Puleo   on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph W Adamick,

**Debtor 1**

Judith A Adamick,

**Debtor 2**

Chapter    13

Case No.    5:14–bk–02352–RNO

Social Security No.:

xxx–xx–0687          xxx–xx–7389

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  September 13, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk

**fnldec** (05/18)